**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6836**

CHICO TIBBS,

Plaintiff - Appellant,

v.

COMMONWEALTH OF VIRGINIA; ARLINGTON SHERIFF; JOHN DOE,
Deputy Jailer,

Defendants - Appellees.

and

ATTORNEY GENERAL OF VIRGINIA; STEPHEN M. HERRICK; PAMLA
SARGENT,

Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema,
District Judge. (1:10-cv-00782-LMB-TRJ)

Submitted: November 17, 2011          Decided: November 23, 2011

Before KING, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Chico Tibbs, Appellant Pro Se.  Jack L. Gould, Fairfax,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chico Tibbs appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) action alleging that the conditions of his temporary confinement at the Arlington County Jail violated his constitutional rights.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  See Tibbs v. Commonwealth of Virginia, No. 1:10-cv-00782-LMB-TRJ (E.D. Va. filed June 16, 2011; entered June 17, 2011).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED